UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Manuel Antonio Tirado,<br>Plaintiff,<br>-against-<br>Commissioner of Social Security,<br>Defendant. | 26-CV-8492 (AS)<br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Plaintiff has filed a request to proceed *in forma pauperis*. Dkt. 3. Although the plaintiff's affidavit in support of the motion satisfies me that his indigency makes him eligible for relief, an application to proceed *in forma pauperis* "ordinarily should not be granted in a contingency fee context." *Deliston v. Smokeshack*, 2016 WL 4530889, at *1 (S.D.N.Y. Aug. 16, 2016). I therefore respectfully direct plaintiff's counsel to provide a copy of the pertinent retainer agreement by October 7, 2026, so that I can determine whether the motion should be granted.

SO ORDERED.

Dated: September 30, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge