UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Manuel Antonio Tirado,
Plaintiff,

-against-

Commissioner of Social Security,
Defendant.

26-CV-8492 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Pursuant to the Court's September 30, 2026 Order, Dkt. 6, plaintiff's counsel provided the Court with a copy of the pertinent retainer agreement. Because counsel is representing plaintiff on a contingent basis, plaintiff's request to proceed *in forma pauperis*, Dkt. 3, is DENIED. *See Deliston v. Smokeshack*, 2016 WL 4530889, at *1 (S.D.N.Y. Aug. 16, 2016) (explaining that an application to proceed *in forma pauperis* "ordinarily should not be granted in a contingency fee context"). Plaintiff is directed to pay the necessary filing fees within 30 days of this order. If plaintiff fails to comply with this order, the action will be dismissed without prejudice.

SO ORDERED.

Dated: October 13, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge